# RANDALL L. SEAVER
## UNITED STATES CHAPTER 7 PANEL TRUSTEE

PORTLAND CORPORATE CENTER
12400 PORTLAND AVENUE SOUTH, SUITE 132
BURNSVILLE, MN 55337

Telephone: (952) 890-0888
Facsimile (952) 890-0244

February 14, 2011

Office of the Clerk
U.S. Bankruptcy Court
300 South Fourth Street, Suite 301
Minneapolis, MN 55415

RE:   Stephen G. Silverman and Linda Handelsman Silverman
      BKY No. 08-45974

Dear Sir/Madam:

Enclosed for filing in the above matter is MN Form 305 regarding Distributions Less than $5. Also enclosed is an estate check in the amount of $2.44 pursuant to that form.

Very truly yours,

Randall L. Seaver
Trustee
*rlseaver@fullerseaverramette.com*

RLS:klf
Enclosure
cc:   United States Trustee

RECEIVED 11 FEB 15 AM 9:26 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

C:\Data\randy\Trustee-Mpls\Silverman\Letter to Court filing Unclaimed Dividends Distribution of Less than $5 and check.wpd

MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: Stephen G. Silverman and Linda Handelsman Silverman

Chapter 7 Case No. 08-45974

Please Check One:

\_\_\_\_\_ Unclaimed Dividends

__✓__ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Allied Waste Services<br>9813 Flying Cloud Drive<br>Eden Prairie, MN 55347 | 14 | 72.57 | 2.44 |

Dated: February __/__, 2011

Randall L. Seaver, Trustee

C:\Data\randy\Trustee-Mpls\Silverman\Unclaimed Dividends Distribution Less than $5.wpd

RECEIVED 11 FEB 15 AM 9:26 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN